

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-18-00698-CR

Kaleb Robert **FAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11118
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to file his brief and order the brief due May 8, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court